BENSEL, constituting a majority of the last surviving Board of Directors and as trustees for the stockholders of H. T. Cummings, Inc., a dissolved Florida corporation.

.34 So. (2nd) 312                    January Term, 1948
February 24, 1948                       Division A

Affirmed.

GEORGE WALTER SELBY, JR., v. ROBERTA SELBY, individually and as one of the Administratrices of the Estate of G. Walter Selby, deceased.

34 So. (2nd) 459                    January Term, 1948
February 27, 1948                       En Banc
Rehearing denied March 23, 1948

Affirmed.

FRANK WHITEHURST v. STATE OF FLORIDA

34 So. (2nd) 572                    January Term, 1948
February 27, 1948                Special Division B

Affirmed.

WILLIE G. WALL v. STATE OF FLORIDA

34 So. (2nd) 312                    January Term, 1948
February 27, 1948                       Division A

Affirmed.

ATLANTIC COAST LINE RAILROAD COMPANY, a corporation, v. MARCO CAMPBELL.

34 So. (2nd) 312                    January Term, 1948
February 27, 1948                Special Division B

Certiorari is denied.

CITY OF MIAMI, a municipal corporation in Dade County, Florida, et al., v. STATE OF FLORIDA, ex rel., BARTOLOME LLADO and OMER CANONGE.

34 So. (2nd) 312                    January Term, 1948
February 27, 1948                Special Division B

Affirmed.

A. J. PARRINO v. MARK B. HAIRELSON

34 So. (2nd) 571                    January Term, 1948
March 2, 1948                       Division A
Rehearing denied April 2, 1948

Affirmed.